UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY TODD WILLIAMS, | No. C 05-3155 JL |
| Plaintiff, | **REFERRAL** |
| v. | |
| SUGAR HILL MUSIC PUBLISHING, | |
| Defendants. | |

    Plaintiffs in this case seek to enforce the terms of a settlement in a previous case, C-00-2249 CRB, *Williams, et al. v. Smith, et al.* The earlier-filed case was dismissed by the district court (Hon. Charles R. Breyer) after the parties settled.  Defendants in this case filed a motion to dismiss Plaintiffs' complaint for lack of jurisdiction. Defendants contend that this Court lacks jurisdiction over the enforcement action for a number of reasons, one of them being that the court in the earlier-filed case in its dismissal order did not retain jurisdiction to enforce the settlement.

    Whenever a Judge believes that a case pending before him or her is related to another case, the Judge may refer the case to the Judge assigned to the earliest-filed case

with a request that he or she consider whether the cases are related. The referring Judge shall file and send a copy of the referral to all parties in all affected cases. The parties must file any response in opposition to or support of relating the cases pursuant to Civil L.R. 3-12(d).

Accordingly, this Court hereby refers this case to Judge Breyer for the purpose of determining the relationship between this case and the earlier-filed case.

IT IS SO ORDERED.

DATED: January 17, 2006

_____
James Larson
Chief United States Magistrate Judge