IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS, et al., | No. C 05-3155 CRB (MEJ) |
|     Plaintiffs, | |
| v. | **AMENDED NOTICE OF REFERENCE** |
| SUGAR HILL MUSIC PUBLISHING, et al., | |
|     Defendants. | |

On January 27, 2006, the Court issued a Notice of Reference in the above-captioned matter, in which the Court scheduled a hearing for March 23, 2006 at 10:00 a.m. and ordered Defendant to file any opposition by March 2. Due to inadvertent error, the notice did not include the subject matter of the hearing, nor did it include the deadline for Plaintiff's motion. Accordingly, the Court hereby AMENDS the Notice of Reference as follows:

1) Pursuant to Civil Local Rule 7, Plaintiff shall file a motion regarding whether the Northern District of California has jurisdiction to enforce the settlement and, if so, whether and how it should be enforced. Plaintiff shall file said motion by February 23, 2006;

2) Defendant shall file any opposition by March 9, 2006, and Plaintiff shall file any reply by March 16, 2006; and

3) The Court shall conduct a hearing on the matter on March 30, 2006 at 10:00 a.m. in Courtroom B, 15 th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: February 13, 2006

MARIA-ELENA JAMES
United States Magistrate Judge