**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAMS, et al.,

          Plaintiff(s),

  vs.

SUGAR HILL MUSIC PUBLISHING, et al.,

          Defendant(s).

                           /

No. C 05-3155 CRB (MEJ)

**ORDER PERMITTING DISCOVERY RELATED TO ISSUE OF JURISDICTION**

      The Court is in receipt of the parties' joint meet and confer letter, filed February 10, 2006. Docket #35.  In their letter, the parties request the Court's guidance on how and to what extent discovery may proceed in this matter.  Upon review of the parties' letter, the Court finds that good cause exists to permit discovery, but only as it is reasonably related to the issue of jurisdiction. Further, no later than February 23, 2006, the parties shall file a joint proposed protective order which complies with Civil Local Rule 79-5.

     **IT IS SO ORDERED.**

Dated: February 14, 2006

                                 
MARIA-ELENA JAMES
United States Magistrate Judge