IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS, et al.<br><br>    Plaintiff,<br><br>vs.<br><br>SUGAR HILL MUSIC PUBLISHING, et al.,<br><br>    Defendant.<br>_____/ | No. C 05-3155 CRB (MEJ)<br><br>**ORDER TO SHOW CAUSE** |

On December 12, 2005, the Court ordered the parties to a settlement conference, which was to be held on March 7, 2006 at 10:00 a.m. Pursuant to Judge James' standing order, confidential settlement conference statements were to be delivered to chambers no later than seven days prior to the settlement conference. The Court did not receive any such settlement conference statement from Defendant.

On March 7, 2006, Defendant failed to appear for the settlement conference. Defendant did not request a continuance or provide any reason for his absence. Accordingly, the Court hereby ORDERS Defendant to show cause why sanctions should not be imposed for his failure to appear for the settlement conference.

///

1  Defendant shall file a declaration in answer to this Order to Show Cause no later than March
2  22, 2006. A hearing will be held on the matter on March 30, 2006, at 10:00 a.m. in Courtroom B,
3  15th Floor, 450 Golden Gate Avenue, San Francisco. Defendant is advised that failure to file a
4  declaration and/or appear for the hearing will result in further sanctions.

7  **IT IS SO ORDERED.**

9  Dated: March 8, 2006

                          MARIA-ELENA JAMES
                          United States Magistrate Judge

United States District Court
For the Northern District of California