IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY TODD WILLIAMS, et al., | No. C 05-03155 CRB |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| SUGAR HILL MUSIC PUBLISHING, LTD. et al., | |
| Defendants. | |

    Now pending before the Court is the Report and Recommendation of Magistrate Judge James regarding the Court's jurisdiction of this action to enforce a settlement. The Court has reviewed the thorough and well-reasoned Report and Recommendation and ADOPTS it as it own. This Court has jurisdiction of this matter as the parties are diverse and the amount of controversy is greater than $75,000. The parties shall appear for a case management conference at 8:30 a.m. on August 4, 2006.

    **IT IS SO ORDERED.**

Dated: July 7, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\3155\orderrer&r.wpd

**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28