IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAMS, et al.

      Plaintiff,

vs.

SUGAR HILL MUSIC PUBLISHING, et al.,

      Defendant.

No. C 05-3155 CRB (MEJ)

**ORDER RE: OSC**

    On December 12, 2005, the Court ordered the parties to a settlement conference, which was to be held on March 7, 2006, at 10:00 a.m. Pursuant to Judge James' standing order, confidential settlement conference statements were to be delivered to chambers no later than seven days prior to the settlement conference. The Court did not receive any such settlement conference statement from Defendant.

    On March 7, 2006, Defendants failed to appear for the settlement conference. Defendants did not request a continuance or provide any reason for his absence. Accordingly, the Court ordered an Order to Show Cause and directed defendants to file a declaration.

    According to defense counsel, Edwin Bradley, defendants failure to appear to the settlement conference resulted from Bradley's misunderstanding of Judge Breyer's Orders. On January 24, 2006, Judge Breyer issued an order relating the instant case and vacated all hearing dates on all pending

motions before his Court until such time as Judge James could offer a report and recommendation on whether the Norther District of California possessed jurisdiction on the matter. Docket # 32. On January 25, 2006, the Clerk of the Court reassigned the case to Judge Breyer and vacated all matters scheduled for a hearing and stated that all hearing should be renoticed before the Judge to whom the case has been reassigned." Docket #33.  Based on the two orders, Bradley concluded that the settlement conference was vacated. Declaration of Edwin Bradley Re Order to Show Cause at 2-3.

Unfortunately, Bradley's assumption was in err.  Neither Judge Breyer's orders nor the Clerk of the Court's reassignment order discussed or mentioned the settlement conference set before Judge Maria-Elena James.  Neither order vacated the settlement conference.  The only matters vacated were hearings before Judge Breyer.  The only order pertaining to the settlement conference was issued by Judge Maria-Elena James on December 12, 2005.  Only an order from Judge James could vacate any hearing, motion, or conference set before this Court.  Defendants did not appear for the settlement conference based on the advice of their attorney.  Although Bradley was mistaken, the Court does not find the facts of this particular case to warrant sanctions.  Plaintiffs, however, seek reimbursement of $860.90 in connection with Defendants' failure to appear for the March 7, 2006, Settlement Conference.  Declaration of Gabin Beth Rubin Re: OSC at 1.  The Court find it appropriate to reimburse Plaintiffs for some of their costs associated with attending the settlement conference.  Thus, the Court ORDERS  Defense Counsel to pay Plaintiffs airfare and hotel accommodations in the amount of $667.64.

**IT IS SO ORDERED.**

Dated: July 31, 2006

MARIA-ELENA JAMES
United States Magistrate Judge

2