IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY TODD WILLIAMS, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SUGAR HILL MUSIC PUBLISHING,<br>LTD., NEWSPORT NEWS MUSIC, INC.,<br><br>　　　　Defendants.<br>_____/ | No. C 05-03155 CRB<br><br>**ORDER TO SHOW CAUSE** |

　　　　At the August 4, 2006 status conference in this action the Court scheduled a further status conference for December 1, 2001 at 8:30 a.m. Defendants did not appear for the December 1 status conference, did not participate in the preparation of a joint case management conference statement, and did not submit their own case management conference statement; nor have defendants otherwise communicated with the Court. Plaintiffs, on the other hand, appeared for the conference and submitted a case management conference statement. Accordingly, defendants are ORDERED TO SHOW CAUSE why they should not be sanctioned for their failure to comply with the orders of this Court. In particular, defendants shall appear at a show cause hearing on Friday, January 19, 2006 at 8:30 a.m. in Courtroom 8 to explain why they should not be sanctioned. If defendants wish

//

to file a written submission, such filing must be made on or before January 16, 2006.

**IT IS SO ORDERED.**

Dated: Dec. 1, 2006

                                          CHARLES R. BREYER
                                          UNITED STATES DISTRICT JUDGE