IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY TODD WILLIAMS, et al., | No. C 05-03155 CRB |
| Plaintiffs, | **SECOND ORDER TO SHOW CAUSE** |
| v. | |
| SUGAR HILL MUSIC PUBLISHING, LTD., NEWSPORT NEWS MUSIC, INC., | |
| Defendants. | |

This lawsuit arises out of defendants' alleged breach of a settlement agreement arising from another lawsuit filed in this Court. At the August 4, 2006 status conference in this matter the Court scheduled a further status conference for December 1, 2001 at 8:30 a.m. Defendants did not appear for the December 1 status conference, did not participate in the preparation of a joint case management conference statement, and did not submit their own case management conference statement; nor did defendants otherwise communicate with the Court. Plaintiffs, on the other hand, appeared for the conference and submitted a case management conference statement. Accordingly, the Court issued an order to defendants to show cause why they should not be sanctioned for their failure to comply with the orders of this Court. In particular, the Court ordered defendants to appear at a show cause hearing on Friday, January 19, 2006 at 8:30 a.m. in Courtroom 8 to explain why they should not be

sanctioned.

Defendants did not appear for the January 19 show cause hearing and did not otherwise communicate with the Court. Accordingly, defendants are ordered to pay to plaintiffs their costs incurred for their counsel attending the December 1, 2006 case management conference. Plaintiffs shall submit a declaration that sets forth their costs incurred in attending the December 1 conference as well as the January 19, 2007 show cause hearing.

In addition, defendants are ordered to show cause why they should not be sanctioned for their failure to attend the January 19 hearing and their repeated failure to follow the orders of the Court. Such sanctions may include the costs plaintiffs' have incurred as a result of defendants' conduct, additional monetary sanctions, and even the entry of default. In particular, defendants and/or their counsel shall appear in person in Courtroom 8 at 450 Golden Gate Avenue, San Francisco at **8:30 a.m. on April 17, 2007**. If defendants wish to file a written response to the show cause order they may do so on or before April 13, 2007; however, regardless of whether a written response is filed, they shall appear at the April 17 hearing.

**IT IS SO ORDERED.**

Dated: January 22, 2007

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\3155\ordertoshowcause2.wpd         2