Pursuant to Local Rule 3-4(a)(1)
The names and addresses of
All counsel are contained on the
Signature page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUY TODD WILLIAMS,<br>NATHANIEL GLOVER,<br>MELVIN GLOVER,<br>EDDIE MORRIS,<br><br>       Plaintiffs,<br><br>  vs.<br><br>SUGAR HILL MUSIC PUBLISHING,<br>LTD, NEWPORT NEWS MUSIC,<br>INC.,<br><br>       Defendants.<br>_____/ | Civil No.   C-05-3155- CRB (MEJ)<br><br><br><br><br>STIPULATION AND ORDER<br>OF DISMISSAL |

The parties to the above-entitled action, through their respective counsel, stipulate as follows:

1. This action shall be dismissed with prejudice with all parties to bear their own costs and attorney's fees.

2. The terms of settlement read into the record on May 15, 2007 before the Honorable Maria-Elena James (the "Settlement") shall be incorporated by reference herein as if fully set forth.

3. The Court retains continuing jurisdiction to enforce the Settlement.

Dated: May 21, 2007

Respectfully submitted,

STEVEN AMES BROWN,
Attorney for plaintiffs 83363
69 Grand View Avenue
San Francisco, California 94114-2741
415/647-7700 Telephone
415/285-3048 Fax

(signature on following page)

EDWIN BRADLEY, 141932
One Maritime Plaza, Suite 400
San Francisco, California 94111
415/778-5118 Telephone

ORDER OF COURT

The foregoing stipulation having been presented by the parties hereto and good cause appearing, IT IS HEREBY ORDERED that:

1. This action is hereby dismissed with prejudice with all parties to bear their own costs and attorney's fees.

The parties to the above-entitled action, through their respective counsel, stipulate as follows:

1. This action shall be dismissed with prejudice with all parties to bear their own costs and attorney's fees.

2. The terms of settlement read into the record on May 15, 2007 before the Honorable Maria-Elena James (the "Settlement") shall be incorporated by reference herein as if fully set forth.

3. The Court retains continuing jurisdiction to enforce the Settlement

Dated: May 21, 2007

Respectfully submitted,

STEVEN AMES BROWN,
Attorney for plaintiffs 83363
69 Grand View Avenue
San Francisco, California 94114-2741
415/647-7700 Telephone
415/285-3048 Fax

*Edwin Bradley* (signature)

EDWIN BRADLEY, 141932
One Maritime Plaza, Suite 400
San Francisco, California 94111
415/778-5118 Telephone

ORDER OF COURT

The foregoing stipulation having been presented by the parties hereto and good cause appearing, IT IS HEREBY ORDERED that:

1. This action is hereby dismissed with prejudice with all parties to bear their own costs and attorney's fees.

1  2. The terms of the Settlement are incorporated by reference herein as if fully set forth.

3. The Court retains continuing jurisdiction to enforce the Settlement.

Dated: May 25, 2007

_____
United States District Judge

